**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| TMST, INC., f/k/a THORNBURG | ) | Case Nos. 09-17787, 17790-17792 |
| MORTGAGE, INC., *et al.* | ) | Chapter 11 |
| | ) | (Jointly Administered Under |
| Debtors. | ) | Case No. 09-17787-NVA) |
| | ) | |
| | ) | |
| JOEL I. SHER in his capacity as | ) | |
| Chapter 11 Trustee for | ) | |
| TMST, INC., f/k/a THORNBURG | ) | |
| MORTGAGE, INC., TMST HEDGING | ) | |
| STRATEGIES, INC., f/k/a THORNBURG | ) | |
| MORTGAGE HEDGING STRATEGIES, | ) | |
| INC., AND TMST HOME LOANS, INC., | ) | |
| f/k/a THORNBURG MORTGAGE HOME | ) | |
| LOANS, INC. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Adversary Proceeding No. 11-0340-NVA |
| v. | ) | |
| | ) | |
| JPMORGAN CHASE FUNDING INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**STIPULATION AND CONSENT ORDER DISMISSING RBS DEFENDANTS FROM
ADVERSARY PROCEEDING WITH PREJUDICE**

WHEREAS, on September 27, 2018, Plaintiff Joel I. Sher, Chapter 11 Trustee (the

"Trustee") for TMST, Inc. f/k/a Thornburg Mortgage, Inc. ("TMST"), TMST Home Loans, Inc.

f/k/a Thornburg Mortgage Home Loans, Inc., TMST Acquisition Subsidiary, Inc. f/k/a Thornburg Acquisition Subsidiary, Inc., and TMST Hedging Strategies, Inc. f/k/a Thornburg Mortgage Hedging Strategies, Inc., filed the Trustee's Motion for Approval of Settlement and Compromise of Controversy Between the Trustee and Defendants NatWest Markets Securities Inc. (f/k/a RBS Securities Inc., f/k/a Greenwich Capital Markets, Inc.), Greenwich Capital Derivatives Inc., and NatWest Markets Plc (f/k/a The Royal Bank of Scotland plc) (collectively, the "RBS Defendants") [Dkt. No. 516] (the "Settlement Motion");

WHEREAS, on October 26, 2018, the Court entered an Order Granting the Settlement Motion [Dkt. No. 524];

WHEREAS, the Trustee and the RBS Defendants have agreed and now hereby request that all causes of action asserted against the RBS Defendants in the above-captioned adversary proceeding be dismissed with prejudice and the Clerk strike the RBS Defendants as parties in the above-captioned adversary proceeding;

NOW, THEREFORE, it is hereby STIPULATED, AGREED, and ORDERED that (i) all causes of action asserted against the RBS Defendants in the above-captioned adversary proceeding are dismissed with prejudice; and (ii) the Clerk shall strike the RBS Defendants as parties in the above-captioned adversary proceeding.

Dated: November 16, 2018

| | |
|---|---|
| SUSMAN GODFREY L.L.P. | HOGAN LOVELLS US LLP |
| /s/*Mark L.D. Wawro* | /s/ *Bennett L. Spiegel* |
| Mark L. D. Wawro (admitted *pro hac vice*) | Bennett L. Spiegel, Esquire |
| Stuart V. Kusin (admitted *pro hac vice*) | Erin N. Brady, Esquire |
| Matthew C. Behncke (admitted *pro hac vice*) | 1999 Avenue of the Stars, Suite 1400 |
| Colin Watterson (admitted *pro hac vice*) | Los Angeles, CA 90067 |
| 1000 Louisiana, Suite 5100 | Tel: (310) 785-4600 |
| Houston, TX 77002-5096 | bennett.spiegel@hoganlovells.com |
| Tel: (713) 651-9366 | erin.brady@hoganlovells.com |
| mwawro@susmangodfrey.com | |
| skusin@susmangodfrey.com | |
| mbehncke@susmangodfrey.com | Lisa J. Fried, Esquire |
| cwatterson@susmangodfrey.com | 875 Third Avenue |
| | New York, NY 10022 |
| -and- | Tel: (212) 918-3000 |
| | lisa.fried@hoganlovells.com |
| /s/ *Joel I. Sher* | |
| Joel I. Sher, Bar No. 00719 | *Counsel for NatWest Markets Securities Inc. (f/k/a RBS Securities Inc., f/k/a Greenwich Capital Markets, Inc.), Greenwich Capital Derivatives Inc., and NatWest Markets Plc (f/k/a The Royal Bank of Scotland plc)* |
| Daniel J. Zeller, Bar No. 28107 | |
| Anastasia L. McCusker, Bar No. 29533 | |
| SHAPIRO SHER GUINOT & SANDLER | |
| 250 W. Pratt St., Suite 2000 | |
| Baltimore, Maryland 21201 | |
| Tel: (410) 385-0202 | |
| jis@shapirosher.com | |
| djz@shapirosher.com | |
| alm@shapirosher.com | |

*Counsel for Joel I. Sher, Chapter 11 Trustee for TMST, Inc., et al.*

### CERTIFICATE PURSUANT TO EXHIBIT A TO ADMINISTRATION ORDER NO. 03-02

I HEREBY CERTIFY that the terms of the copy of the stipulation and consent order submitted to the Court are identical to those set forth in the original stipulation and consent order; and the signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original stipulation and consent order.

*/s/ Joel I. Sher*
Joel I. Sher

cc:     All Parties
        All Counsel of Record

**-END OF ORDER-**